## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

SEIZURE OF:

THREE HUNDRED TWENTY-NINE
THOUSAND, THREE HUNDRED AND
FORTY-ONE DOLLARS, THREE
CENTS ($329,341.03),

AND

ONE HUNDRED TWENTY-FIVE
THOUSAND, FOUR HUNDRED AND
NINETY-SIX DOLLARS ($125,496.00).

Case No. 2:21-mc-00079-JDW

## ORDER

**AND NOW**, this 4th day of November, 2021, upon consideration of the government's motion under 18 U.S.C. § 983(a)(3) to extend for 90 days the period of time to obtain an indictment or file a complaint seeking forfeiture of the above-listed property, this Court finds that for good cause shown and upon agreement of the parties, the motion is **GRANTED**.  The time period within which the government must obtain an indictment or file a complaint in this matter with regard to the claims filed by Maximilien De Hoop Cartier is extended to February 1, 2022. Any future requests for extension must comply with Judge Wolson's Policies and Procedures concerning the timing of requests for extensions.

BY THE COURT:

_/s/ Joshua D. Wolson_
JOSHUA D. WOLSON, J.