IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF<br><br>SEIZURE OF:<br><br>THREE-HUNDRED TWENTY-NINE THOUSAND, THREE-HUNDRED AND FORTY-ONE DOLLARS AND THREE CENTS ($329,341.03),<br><br>AND<br><br>ONE-HUNDRED TWENTY-FIVE THOUSAND, FOUR-HUNDRED AND NINETY-SIX DOLLARS ($125,496.00) | Case No. 2:21-mc-00079-JDW |

## **ORDER**

AND NOW, this 1st day of February, 2022, upon review of the Unopposed Motion Of United States Of America For Extension Of Time To Obtain Indictment Or File Forfeiture Complaint (ECF No. 3), the Court notes as follows.

1. On November 3, 2021, the Government filed a Motion seeking an extension of time to obtain an indictment or file a forfeiture complaint. At the time, the deadline for the Government to obtain that extension was November 3, 2021—the day the Government filed the Motion;

2. On November 4, 2021, the Court granted the Government's Motion and extended the deadline to obtain an indictment or file a forfeiture complaint until February 1, 2022. The Court's Order noted that "[a]ny future requests for extension must comply with Judge Wolson's Policies and Procedures concerning the timing of requests for extensions." (ECF No. 2.)

3.      Judge Wolson's Polices and Procedures state, "**Any request for an extension or continuance must be made at least seven (7) days before the applicable deadline or include a showing of good cause as to why the Party making the request could not comply with that requirement**." (Polices and Procedures of Hon. Joshua D. Wolson,[1] § II.D. (emphasis in original).)

4.      On January 31, 2022, the Government filed a second motion for an extension of time to obtain an indictment or file a forfeiture complaint. The Government's motion did not comply with Judge Wolson's Policies and Procedures, as it was filed one day before the applicable deadline. Nor does the Government's Motion offer any explanation for its failure to comply with Judge Wolson's Policies and Procedures.

Therefore, it is **ORDERED** that, on or before February 2, 2022, the Government shall submit a Memorandum, not to exceed seven pages, explaining its failure to comply with Judge Wolson's Policies and Procedures, despite the Court's instruction to mind those procedures.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**

---

[1] Available at http://www.paed.uscourts.gov/documents/procedures/wolpol.pdf