IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS CASE |
| | : | |
| SEIZURE OF: | : | |
| | : | |
| THREE HUNDRED TWENTY-NINE THOUSAND, THREE HUNDRED AND FORTY-ONE DOLLARS, THREE CENTS ($329,341.03); | : | |
| | : | |
| AND | : | |
| | : | |
| ONE HUNDRED TWENTY-FIVE THOUSAND, FOUR HUNDRED AND NINETY-SIX DOLLARS ($125,496.00) | : | NO. 21-MC-79 |

## ORDER

AND NOW, this __2nd__ day of __February__, 2022, upon consideration of the government's motion under 18 U.S.C. § 983(a)(3) to extend for 90 days the period of time to obtain an indictment or file a complaint seeking forfeiture of the above-listed property, this Court finds that for good cause shown and upon agreement of the parties, the motion is GRANTED. The time period within which the government must obtain an indictment or file a complaint in this matter with regard to the claims filed by Maximilien De Hoop Cartier is extended to May 2, 2022.

*/s/ Joshua D. Wolson*
**HONORABLE JOSHUA D. WOLSON**
**United States District Court Judge**